LIVIA VARKONYI, Individually and as Parent of LASZLO VARKONYI and Another, Infants, Respondent, v. S. A. EMPRESA DE VIACAO AIREA RIO GRANDENSE (VARIG), et al., Appellants, et al., Defendants —

Concur — Steuer, J. P., Tilzer, McNally and Bastow, JJ.; Capozzoli, J., concurs in the following memorandum: I concur in the reinstatement of the order of Special Term and the acceptance of jurisdiction of the actions on the ground that, irrespective of the defendants' conduct in regard to the Florida action, the existence of special circumstances is sufficiently demonstrated.